**FILED**
**U.S. District Court**
**District of Kansas**
07/17/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

WILLIE L. SMITH,

      **Plaintiff,**

      **v.**                               **CASE NO.  26-3122-JWL**

R. CHURCH, et al.,

      **Defendants.**

**MEMORANDUM AND ORDER**

This matter is a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  At the time of filing, Plaintiff was confined at the Sumner County Detention Center ("SCDC") in Wellington, Kansas.

On May 27, 2026, the Court issued an order (Doc. 5) granting Plaintiff's motion to proceed in forma pauperis and assessing an initial partial filing fee of $17.00, due by June 26, 2026.  On June 12, 2026, the order was returned to the Court with a letter from the SCDC stating Plaintiff was released to Harvey County on May 28, 2026, and was subsequently released by Harvey County.  (*See* Doc. 6).

The Court entered an order to show cause dated June 16, 2026 ("OSC") (Doc. 7), directing Plaintiff to provide his current address and show cause by July 16, 2026, why this matter should not be dismissed without prejudice.  Plaintiff has not responded to the OSC, and the copy of the OSC mailed to him was returned to the Court.  (*See* Doc. 8.)

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to

1

comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the OSC by the Court's deadline.  Therefore, the Complaint is dismissed without prejudice pursuant to Rule 41(b).

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated July 17, 2026, in Kansas City, Kansas.**

**S/  John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**